**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**DAVID WAYNE DECKER**                                                         **PLAINTIFF**

**V.**                          **CASE NO.: 5:20-CV-5080**

**ANDREW M. SAUL, Commissioner,
Social Security Administration**                                    **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 16th day of February, 2021.

                                                                        /s/ Timothy L. Brooks
                                                                        TIMOTHY L. BROOKS
                                                                        UNITED STATES DISTRICT JUDGE